# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| FLOYDELL C. LIVINGSTON, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:07CV552 CEJ |
| STEVEN R. OHMER, et al., | ) ) ) |
| Respondents. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Floydell C. Livingston's motion to proceed in forma pauperis [Doc. #2]. Based on the information provided in the motion, the motion to proceed in forma pauperis will be granted.

The petition for a writ of habeas corpus, however, appears to attack multiple convictions and a probation revocation. As a result, the Court will order petitioner to file an amended petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 on the Court-provided forms for the purpose of clarifying what convictions or proceedings petitioner seeks to attack in the habeas action. See Rule 2(d) of the Rules Governing § 2254 Cases in the United States District Courts (petition must substantially follow form appended to the Rules of prescribed by local rule of the district court).

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis [Doc. #2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall not issue process or cause process to issue upon the petition.

**IT IS FURTHER ORDERED** that the Clerk of Court shall forward to petitioner a copy of the Court's form petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254.

**IT IS FURTHER ORDERED** that petitioner shall file his amended § 2254 petition **no later than April 30 , 2007**.

**IT IS FURTHER ORDERED** that failure to comply with this Order shall result in the dismissal of this case without prejudice.

Dated this 2nd day of April, 2007.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE